UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


Case No.: 16-81232-CIV-MARRA/MATTHEWMAN


FREESTREAM AIRCRAFT USA LTD.,

        Plaintiff,

vs.

RONNICHOWDRY, d/b/a ATLAS
AVIATION SALES AND LEASING,
a/k/a ATLAS AVIATION,

        Defendant.

_____/


**NON-PARTY ATLAS AVIATION SALES & LEASING, LLC'S PRIVILEGE LOG**


| DOCUMENT | NATURE OF PRIVELEGE |
| --- | --- |
| Emails with attachments between Terry Rice and Atlas Aviation dated April 14, 2016, pertain to the preparation of the 2014 Tax Return for Atlas Aviation. | Account-client privilege. |
| 2014 Tax Return of Atlas Aviation | Accountant-client privilege. |
| Undated letters between Terry Rice and Atlas Aviation, related to the preparation of the 2014 Tax Return for Atlas Aviation. | Accountant-client privilege. |


EXHIBIT C

1

| | |
|---|---|
| Accountant work papers related to the preparation of the 2014 Tax Return for Atlas Aviation. | Accountant-client privilege. |
| September 9, 2015 email between Atlas Aviation and Terry Rice pertaining to the preparation of the 2014 Tax Return for Atlas Aviation. | Accountant-client privilege. |
| September 11, 2015 email between Atlas Aviation and Terry Rice pertaining to the preparation of the 2014 Tax Return for Atlas Aviation, with hand-written notes. | Accountant-client privilege. |
| September 10, 2015 email with attachment between Atlas Aviation and Terry Rice pertaining to the preparation of the 2014 Tax Return for Atlas Aviation. | Accountant-client privilege. |
| April 15 2015 email with attachment (draft of operating agreement) between Atlas Aviation and Terry Rice pertaining to the preparation of the 2014 Tax Return for Atlas Aviation. | Accountant-client privilege. |
| Letter from Terry Rice to Atlas Aviation dated April 15, 2015, with attachments related to an extension. | Accountant-client privilege. |

3

| Letter from Terry Rice to Atlas Aviation dated April 17, 2015, with attachments related to an extesion. | Accountant-client privilege. |
|---|---|